1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7  William S. Caspari, Esq. (SBN 121371)
   Caspari Law Office
8  2237 Pacific Avenue
   Alameda, CA 94501
9  (510) 316-9811
   Williamcaspari@comcast.com
10
   Attorneys for Defendants
11
                    UNITED STATES DISTRICT COURT
12
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No.: C11-1383 WHA |
|---|---|
| Plaintiffs, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT / REQUEST TO CONTINUE**; ORDER |
| v. | Date: July 7, 2011 |
| NORMAN HIAWATHA LINSY, individually and *dba* LINSY PAINTING & DECORATING, | Time: 3:00 p.m.<br>Dept.: 9, 19th Floor<br>Judge: The Honorable William Alsup |
| Defendant | |

21   The parties hereby submit their Joint Case Management Conference Statement and
22   Request to Continue:
23   1.   Plaintiffs filed this action against Defendants to recover Trust Fund contributions
24   owed by Defendants to Plaintiffs pursuant to their submitted monthly contribution reports and
25   amounts found due on audit of Defendants' records. Defendants retained a number of consultants
26   (both before and after suit was filed) to evaluate the audit report, finally retaining counsel.
27   Documents were provided to Plaintiffs to demonstrate needed revisions to the audit report, and the
28   revisions were made accordingly. The revised report was provided to Defendants' counsel several

-1-
JOINT CMC STATEMENT / REQUEST TO CONTINUE
Case No.: C11-1383 WHA

weeks ago.

2.  There are no legal disputes as Defendant admits liability to the Trust Funds. At the present time, Defendants' counsel is getting up to speed and is reviewing Plaintiffs' revised audit calculations for accuracy. The parties have also begun to discuss resolution of the claims. The Defendant has requested a payment plan, and Plaintiffs have provided a draft Judgment Pursuant to Stipulation for review and revision.

3.  The parties stipulated to mediation, and were referred to mediation by this Court, although to date there has been no mediator assigned. In the unlikely event that this matter does not resolve on its own, the parties will mediate the dispute.

4.  In an effort to keep fees and costs to a minimum, the parties jointly request that this matter be continued to allow for resolution and the filing of a Stipulated Judgment.  As there are no liability dispute it is anticipated that this matter will be resolved within 60 days.

Dated:  June 29, 2011               **SALTZMAN & JOHNSON**
                                    **LAW CORPORATION**

                                    By:           /S/
                                        Michele R. Stafford, Esq.
                                        Attorneys for Plaintiffs

Dated:  June 29, 2011               **CASPARI LAW OFFICE**

                                    By:           /S/
                                        William S. Caspari, Esq.
                                        Attorneys for Defendants

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to July 28, 2011, and all previously set deadlines and dates related to this case are continued accordingly.

Date: June 30, 2011.                _____
                                    THE HONORABLE WILLIAM H. ALSUP
                                    UNITED STATES DISTRICT COURT JUDGE

-2-
**JOINT CMC STATEMENT / REQUEST TO CONTINUE**
**Case No.: C11-1383 WHA**